# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUZETTE PUENTE, an individual, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as subrogee of Suzette Puente,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. C18-825 RSM<br><br>ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF SUZETTE PUENTE |

This matter comes before the Court on the Motion of John R. MacMillan to Withdraw as Attorney of Record for Plaintiff Suzette Puente. Dkt. #12. No party has opposed this Motion. The Court finds good cause for Mr. MacMillan to withdraw as attorney of record for Plaintiff Suzette Puente. He remains attorney of record for Plaintiff State Farm.

Having reviewed the relevant briefing and the record, the Court hereby finds and ORDERS that the Motion to Withdraw (Dkt. #12) is GRANTED. John R. MacMillan is relieved as attorney of record for plaintiff Suzette Puente. Copies of future correspondence in this matter should be sent directly to: SUZETTE PUENTE, 15914 44TH AVE. W, APT. M308, LYNNWOOD, WA 98087-6165

DATED this 18th day of January 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF SUZETTE PUENTE - 1