UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUZETTE PUENTE and<br>STATE FARM INSURANCE as subrogee,<br><br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. C18-825 RSM<br><br>ORDER GRANTING UNITED STATES' MOTION FOR A STAY OF CASE IN LIGHT OF LAPSE OF APPROPRIATIONS |

The United States of America has filed an unopposed Motion for a Stay of Case in Light of Lapse of Appropriations, in which the United States seeks a stay of proceedings entered in this case commensurate with the duration of the lapse in appropriations for the United States Department of Justice.

The Court, having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

Defendant's Motion for a Stay of Case in Light of Lapse of Appropriations is GRANTED. All pending deadlines for the above-captioned case are hereby STAYED and all

Order Granting Motion for a Stay of Case in
Light of Lapse of Appropriations
Case No. C18-CV-825-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

current deadlines are hereby EXTENDED commensurate with the duration of the lapse in appropriations. The Government is responsible for notifying the Court once appropriations have been received.

DATED this 18th day of January 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

BRIAN T. MORAN
United States Attorney

 s/ *Lisca Borichewski*
LISCA BORICHEWSKI, WSBA No. 24300
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: lisca.borichewski@usdoj.gov

Attorneys for Defendant United States of America

Order Granting Motion for a Stay of Case in
Light of Lapse of Appropriations
Case No. C18-CV-825-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970