# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUZETTE PUENTE and<br>STATE FARM INSURANCE as subrogee,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | NO. C18-825 RSM<br><br>ORDER CONTINUING TRIAL DATE AND CORRESPONDING PRETRIAL DEADLINES |

The Court, having reviewed the pleadings and materials in this case, hereby ORDERS that:

Good cause exists to continue the current trial date of August 5, 2019 to February 24, 2020 to allow plaintiff Suzette Puente to retain counsel, and the parties adequate time to conduct discovery.

The Court will issue a new case scheduled identifying the pretrial deadlines corresponding to the new trial date.

//
//

ORDER TO CONTINUE
TRIAL/C18-825 RSM -1

The United States' Motion to Continue Trial is GRANTED in accordance with the dates outlined in the new case schedule issued by this Court.

DATED this 28th day of March 2019.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO CONTINUE
TRIAL/C18-825 RSM -1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98402
(253) 428-3800